UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| EMMANUEL PHILIPPE<br>#A098395636/24756-052 | CIVIL ACTION NO. 1:25-CV-00026<br>SEC P |
| VERSUS | JUDGE EDWARDS |
| SHAD RICE ET AL | MAG. JUDGE PEREZ-MONTES |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 13), and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's request for a temporary restraining order (Doc. 12) is **DENIED.**

**THUS DONE AND SIGNED** in Chambers, this 14th day of April, 2025.

_____
Jerry Edwards, Jr.
United States District Judge